IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 1 4 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS | § CRIMINAL NO. SA-04-CR-617 (01)-XR |
| | § |
| ANTHONY JAMES LANE | § |

## ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On October 3, 2008, a hearing was held on the United States' Motion to Revoke Defendant's Supervised Release. After due consideration, the Court finds that the Defendant has violated the conditions of supervised release, and that the ends of justice and the best interests of the public will not be served by continuing the Defendant on supervised release, and that the Motion to Revoke **(Doc. no. 38)** is GRANTED.

**IT IS ACCORDINGLY, ORDERED** by the Court that the three (3) years term of supervised release imposed by the Court on July 8, 2005 is hereby revoked and set aside.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Bureau of Prisons to be imprisoned for a term of **SEVEN (7) MONTHS**, without credit for time previously served on postrelease supervision. The defendant is continued in custody pending designation by the Bureau of Prisons. The defendant shall receive credit for time served in federal custody awaiting the revocation proceedings. No further supervised release is imposed.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to said Marshal for his action in the premises.

Page 1 of 2

CRIMINAL NO. SA-04-CR-617 (01)-XR

Signed this _14th_ day of <u>October</u>, 2008.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE